IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In the Matter of Petit Jury Service ) | |
| of **MICHAEL J. HOELSCHER,** ) | Case No.: 15-mc-111 |
| ) | |
| Respondent ) | |

### ORDER TO SHOW CAUSE

The respondent, **MICHAEL J. HOELSCHER,** having been duly noticed and informed of his obligation to provide jury service, failed to appear as summoned for petit jury service on **MONDAY, JUNE 15, 2015, at 12:00 noon in WICHITA, KS.** Mr. Hoelscher was summoned by mail on April 23, 2015, and was directed to call the Automated Jury Information System (AJIS). AJIS directed jurors to appear on Monday, June 15, 2015, at 12:00 noon.

IT IS ORDERED that **MICHAEL J. HOELSCHER** shall appear before this court at 401 N. Market, **Room 408**, Wichita, KS 67202, on **JULY 1, 2015, at 9:30 A.M.** to show good cause for his failure to appear for jury service.

YOU ARE FURTHER NOTIFIED THAT "a person who fails to appear pursuant to such order or who fails to show good cause for noncompliance with the summons may be fined not more than $1,000.00 or imprisoned not more than three days, community service or any combination thereof."

**DATED this** \_\_\_\_17th\_\_\_\_ **day of** \_\_\_\_\_June\_\_\_\_\_**, 2015**

s/Eric Melgren_____
ERIC F. MELGREN, JUDGE
United States District Court